FILED

10/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0101

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0101

_____

THOMAS C. WEINER, M.D.,

     Plaintiff and Appellant,

  v.

ST. PETER'S HEALTH, a Montana Domestic
Nonprofit Corporation, d/b/a St. Peter's Hospital,
WADE JOHNSON, JAMES TARVER, M.D.,
KERRY HALE, M.D., SHELLY HARKINS,
M.D., TODD WAMPLER, M.D., RANDY
SASICH, M.D., and JOHN DOES 1-5,

     Defendants and Appellees.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 16 2024